UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANE'E MULDREW,

    Plaintiff,

vs.

Case No. 2:09-cv-10703
Hon. Stephen J. Murphy, III

ROBERT HORLOCKER, PATRICK MOORE,
and the CITY OF WARREN,

    Defendants.
_____/

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED upon by all parties pertinent hereto; and the court being otherwise fully advised in the premises; that this cause of action be dismissed with prejudice and without costs.

s/Paul W. Broschay                    s/Raechel M. Badalamenti
PAUL W. BROSCHAY (P36267)       RAECHEL M. BADALAMENTI (P64361)

PURSUANT TO STIPULATION;

IT IS HEREBY ORDERED that the above-entitled matter shall be and is hereby dismissed with prejudice and without costs.

                                            s/Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: September 30, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 30, 2010, by electronic and/or ordinary mail.

                                            s/Alissa Greer
                                            Case Manager